1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  ALVIN RONNELL ROSS,                    1:99-cv-06324-REC-LJO-P

12              Plaintiff,            **ORDER ADOPTING FINDINGS AND
                                      RECOMMENDATIONS** (Doc. 112)
13  vs.
                                      **ORDER GRANTING MOTION TO
14  VICKIE McCOY, et al.,             DISMISS** (Doc. 97)

15              Defendants.           **ORDER DISMISSING ACTION**
                              /
16

17       Plaintiff Alvin Ronnell Ross ("plaintiff"), a state prisoner

18  proceeding pro se and in forma pauperis, has filed this civil

19  rights action seeking relief under 42 U.S.C. § 1983.  The matter

20  was referred to a United States Magistrate Judge pursuant to 28

21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On July 22, 2005, the Magistrate Judge a filed Findings and

23  Recommendations herein which was served on the parties and which

24  contained notice to the parties that any objections to the

25  Findings and Recommendations were to be filed within thirty (30)

26  days.  On July 28, 2005, plaintiff filed objections to the

27  Magistrate Judge's Findings and Recommendations.  Defendants

28  filed a reply to plaintiff's objections on August 2, 2005.

                                1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed July 22, 2005,

8  is ADOPTED IN FULL;

9    2.   Defendants' unenumerated Rule 12(b) motion to dismiss,

10 filed November 12, 2004, is GRANTED; and,

11   3.   This action is DISMISSED, without prejudice, for

12 plaintiff's failure to comply with 42 U.S.C. § 1997e(a).

13 IT IS SO ORDERED.

14 **Dated:  September 15, 2005**          **/s/ Robert E. Coyle**
   668554                                 UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2