UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RONNEL ROSS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>VICKIE MCCOY; et al.,<br><br>Defendants - Appellees. | No. 05-16939<br>D.C. No. CV-99-06324-REC/LJO<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [X]

Explanation: Action dismissed for failure to exhaust pursuant to 42 USC § 1997e(a)

_____
Judge
United States District Court

Date: Oct 17, 05